**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ARTHUR BAGLEY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-2212** |
| | : | |
| **EXPERIAN INFORMATION** | : | |
| **SOLUTIONS, INC.,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this 20th day of August, 2026, upon consideration of Plaintiff Arthur Bagley's Motion to Proceed *In Forma Pauperis* (ECF No. 8), *pro se* Complaint (ECF No. 2), and Motion for Appointment of Counsel (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Motion for Appointment of Counsel is **DENIED**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**KELLEY BRISBON HODGE, J.**